**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number  2023-CA-1344

Jerry Kathleen Ballard and James R. Ballard

- - Versus - -

State Farm Mutual Automobile Insurance Company and
Leslie R. Vincent a/k/a Leslie Vincent Daigle

22nd Judicial District Court
Case #: 201813848
St. Tammany Parish

On Application for Rehearing filed on  11/01/2024 by State Farm Fire and Casualty Company

Rehearing _____ DENIED _____

McClendon, J. would grant
the rehearing.

Page  McClendon

Mitchell R. Theriot

Hunter  Greene

Date  DEC 18 2024

Rodd Naquin, Clerk